UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REBECCA MERINO,

                                      NO. CIV. S-06-2119 LKK/GGH

        Plaintiff,

   v.                                  O R D E R

ORTHO-McNEIL PHARMACEUTICAL,
INC., JOHNSON & JOHNSON,
JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT, LLC, and
Does 1 through 50, inclusive,

        Defendants.
                            /

     The court is in receipt of the parties' joint request to vacate the status report deadline and status conference.  As the Judicial Panel on Multidistrict Litigation has issued a conditional transfer order transferring this action to MDL 1742, the court orders that the parties are relieved of the obligation to file a status report, and the status conference set for December 18, 2006

////

////

```
 1  is hereby VACATED.
 2          IT IS SO ORDERED.
 3          DATED: November 28, 2006.
 4
 5
 6                              /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
 7                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```